1

2

3

4

5

6

7

**FILED**
CLERK, U.S. DISTRICT COURT

8/11/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ JB _____ DEPUTY

8          UNITED STATES DISTRICT COURT

9       FOR THE CENTRAL DISTRICT OF CALIFORNIA

10              June 2023 Grand Jury

11  UNITED STATES OF AMERICA,          CR   2:23-cr-00402-FMO

12          Plaintiff,                 I N D I C T M E N T

13          v.                         [21 U.S.C. § 846: Conspiracy to
                                        Distribute Fentanyl and
14  HOWARD HASELKORN,                   Methamphetamine; 21 U.S.C.
        aka "Mark,"                     §§ 841(a)(1), (b)(1)(A)(vi),
15      aka "Jeff,"                     (b)(1)(B)(vi): Possession with
    and CINDY INTHAVONG,                Intent to Distribute Fentanyl; 21
16                                      U.S.C. §§ 841(a)(1),
            Defendants.                 (b)(1)(A)(viii), (b)(1)(B)(viii);
17                                      Possession with Intent to
                                        Distribute Methamphetamine;
18                                      21 U.S.C. § 860a: Possession with
                                        Intent to Distribute
19                                      Methamphetamine on Premises where
                                        a Minor Resides or is Present; 21
20                                      U.S.C. § 856(a)(1): Maintaining a
                                        Drug Involved Premises; 18 U.S.C.
21                                      § 2(a): Aiding and Abetting; 21
                                        U.S.C. § 853: Criminal Forfeiture]
22

23      The Grand Jury charges:

24  A.   INTRODUCTORY ALLEGATIONS

25      At times relevant to this Indictment:

26      1.   Pill presses were machines used to manufacture pills or

27  tablets that can contain controlled substances, which are pressed

28  with inactive ingredients to bind and formulate a completed pill.

Pill press machines often use "die molds," which are used to mold a pill into specific shapes, and to simultaneously press, or etch, an image, markings, or characters, on the surface of a pill.  Die molds can be taken out and replaced with other die molds, so that a pill press can make a variety of types of pills with different markings.

2.   Pill presses can be used legitimately, for example, by pharmaceutical companies to make prescription medication.  Pill presses can also be used illegitimately to manufacture counterfeit pills, which often contain illegal narcotics.

3.   Drug traffickers commonly used pill press machines to manufacture counterfeit Oxycodone pills often referred to as "M30s" and "blues," that would contain fentanyl.  It was also common for drug traffickers who manufacture counterfeit pills to sell counterfeit Adderall pills that would contain methamphetamine and fentanyl.  Drug traffickers often advertise counterfeit Adderall pills as "pressed addy," "addy," or "addies."

4.   Craigslist is an online platform that allows users to post items or services for sale.

1

<u>COUNT ONE</u>

2

[21 U.S.C. § 846]

3

[ALL DEFENDANTS]

4  A.    <u>OBJECTS OF THE CONSPIRACY</u>

5          Beginning on a date unknown to the Grand Jury, but starting no

6  later than April 5, 2021 and continuing until on or about August 4,

7  2023, in Los Angeles County, within the Central District of

8  California, and elsewhere, defendants HOWARD HASELKORN, also known as

9  ("aka") "Mark," aka "Jeff," and CINDY INTHAVONG, conspired with each

10  other and others known and unknown to the Grand Jury, to commit

11  offenses against the United States, namely: (1) to knowingly and

12  intentionally distribute at least 400 grams of a mixture and

13  substance containing a detectable amount of fentanyl, a Schedule II

14  narcotic drug controlled substance, in violation of Title 21, United

15  States Code, Sections 841(a)(1), (b)(1)(A)(vi); and (2) to knowingly

16  and intentionally distribute at least 500 grams of a mixture and

17  substance containing a detectable amount of methamphetamine, a

18  Schedule II controlled substance, in violation of Title 21, United

19  States Code, Sections 841(a)(1), (b)(1)(A)(viii).

20  B.    <u>MANNER AND MEANS OF THE CONSPIRACY</u>

21          The objects of the conspiracy were to be accomplished, in

22  substance, as follows:

23          1.    Defendants HASELKORN and INTHAVONG would control a

24  clandestine drug lab located in Downtown Los Angeles, California, so

25  that defendant HASELKORN and other co-conspirators could manufacture

26  large quantities of pills containing narcotics, including fentanyl

27  and methamphetamine (the "Drug Lab").

28

2.    Defendant HASELKORN and another co-conspirator would operate at least two pill pressing machines at the Drug Lab, including a machine that could produce up to 5,000 pills per hour, and manufacture large quantities of pills containing illegal drugs, including fentanyl and methamphetamine.

3.    Defendant HASELKORN would purchase pill press die molds and pill press machine parts from manufacturers located outside of the United States and have the parts shipped to him in Los Angeles, California.

4.    Defendants HASELKORN and INTHAVONG would reside at an apartment located on South Figueroa Street, in Los Angeles, California, that defendants HASELKORN and INTHAVONG would use to store and package illegal drugs and thousands of dollars of proceeds from narcotics sales (the "South Figueroa Stash House").

5.    Defendants HASELKORN and INTHAVONG would package illegal drugs for distribution at the South Figueroa Stash House and elsewhere.

6.    Defendant HASELKORN would hire co-conspirators to help manufacture pills at the Drug Lab and to deliver drugs to defendant HASELKORN's drug customers.

7.    Defendant HASELKORN would use aliases and advertise illegal narcotics for sale using online platforms, such as Craigslist.

8.    Defendants HASELKORN and INTHAVONG would take security measures to avoid law enforcement apprehension, including informing one another when law enforcement was nearby.

C.    OVERT ACTS

In furtherance of the conspiracy and to accomplish its objects, on or about the following dates, defendants HASELKORN and INTHAVONG,

4

and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1:   On April 5, 2021, in text messages, defendant HASELKORN asked defendant INTHAVONG for help because he was transporting narcotics inside his vehicle when the vehicle ran out of gas, noting he was "[w]orried about cops."

Overt Act No. 2:   On July 29, 2021, in text messages, defendants HASELKORN and INTHAVONG coordinated defendant INTHAVONG delivering drugs to a drug customer, during which HASELKORN stated, "Ok he will be 20mins, pls grab 20 addies from left drawer."

Overt Act No. 3:   On December 8, 2021, in text messages, defendants HASELKORN and INTHAVONG coordinated defendant INTHAVONG delivering drugs to a drug customer who was wearing a "[b]lack suit jacket, jeans, glasses" that had "[a]lready paid" defendant HASELKORN.

Overt Act No. 4:   On April 5, 2022, defendant HASELKORN purchased die molds used to press counterfeit Adderall and M30 pills from a seller located in China and specified that the orders should be delivered to defendant HASELKORN at an address where he received mail within the Central District of California.

Overt Act No. 5:   On July 4, 2022, in a text message responding to defendant HASELKORN stating that a drug customer was "coming," defendant INTHAVONG confirmed she would deliver "[o]ranges" to the customer.

Overt Act No. 6:   On July 5, 2022, Co-conspirator 1 sent the following text message to defendant HASELKORN, writing, "If [the drug

customer] wants me to deliver now, I want 60$ extra . . . How often
do you normally deliver for them free of charge?"

Overt Act No. 7:   On August 29, 2022, defendant HASELKORN
ordered four pill press machine parts, including a T-5 Feeder, a Boot
Timing bar -TD-5, a funnel, and a base plate, from a seller located
in China, and specified that the items should be delivered to
defendant HASELKORN at an address where he received mail within the
Central District of California.

Overt Act No. 8:   On September 30, 2022, defendant HASELKORN
send a text message to defendant INTHAVONG stating that he was
"running back to apt to get molds."

Overt Act No. 9:   On September 30, 2022, in text messages,
defendant INTHAVONG asked defendant HASELKORN about the co-
conspirators' drug production plans, stating, "I thought you were
bringing the machine to the apartment . . . Change your mind?"

Overt Act No. 10:   On October 11, 2022, in response to a text
message from Co-conspirator 1 stating that defendant HASELKORN should
not use methamphetamine to make counterfeit Adderall pills and
instead "source the real ingredients," defendant HASELKORN stated, "I
agree. It's hard to find old school speed paste tho . . . But yes,
it's kind of deceptive and way more illegal."

Overt Act No. 11:   On October 11, 2022, in response to Co-
Conspirator 1 advising defendant HASELKORN that a drug customer
complained that the Adderall pills were the wrong shape, defendant
HASELKORN stated, "if the shape is wrong i gotta order molds from
china, and you never really know for sure how exactly its gonna look
till you get it. So i'll just get some from a bunch of different
companies and see which ones look the best."

1    <u>Overt Act No. 12:</u>   On November 10, 2022, defendant INTHAVONG
2    sent text messages to defendant HASELKORN to warn him about possible
3    law enforcement activity, including, "Cops are here."
4    <u>Overt Act No. 13:</u>   On November 11, 2022, in a text message,
5    defendant INTHAVONG warned defendant HASELKORN to "be careful"
6    because defendant INTHAVONG "saw an unmarked fed driving on 8th when
7    I circled the block."
8    <u>Overt Act No. 14:</u>   On November 16, 2022, defendant HASELKORN
9    texted Co-Conspirator 1 to update him on future drug product,
10   stating, "I washed the powdered stuff in hexane, recystalized it,
11   then washed it again with acetone . . . It's fucking GREAT."
12   <u>Overt Act No. 15:</u>   On December 20, 2022, in response to a text
13   from Co-Conspirator 1 asking if defendant HASELKORN was "advertising
14   your Adderall's on the Internet using the name Mark," defendant
15   HASELKORN responded, "It is very possible" because defendant
16   HASELKORN posts drugs on Craigslist's "for sale section . . . Study
17   guides, study books."
18   <u>Overt Act No. 16:</u>   On December 20, 2022, in a text message
19   responding to Co-Conspirator 1 asking whether defendant HASELKORN
20   informed drug buyers that his counterfeit Adderall pills contain
21   methamphetamine, defendant HASELKORN stated, "I tell them that they
22   are pressed.  The people that are looking for pressed know what they
23   are."
24   <u>Overt Act No. 17:</u>   On January 13, 2023, defendant HASELKORN had
25   Co-Conspirator 1 discussed acquiring more methamphetamine to press
26   counterfeit Adderall pills, in which defendant HASELKORN stated, "I'm
27   down for more of that stuff so I can wash it lol . . . I'm actually
28   almost out and I need to squeeze some oranges."

Overt Act No. 18:  On January 25, 2023, in response to text messages from defendant HASELKORN asking if defendant INTHAVONG minded selling Adderall pills to a drug customer, defendant INTHAVONG responded, "not at all."

Overt Act No. 19:  On January 31, 2023, in text messages, defendants INTHAVONG and HASELKORN discussed a possible location for a clandestine lab to manufacture drugs.

Overt Act No. 20:  On January 31, 2023, in text messages, defendant INTHAVONG told defendant HASELKORN about a possible location for a clandestine drug lab, stating the location that defendant INTHAVONG had scouted out could be rented "for $1200 including electricity, but I said I'll have to see the unit first before deciding."

Overt Act No. 21:  On February 2, 2023, in text messages, defendants HASELKORN and INTHAVONG discussed the lease term for the co-conspirators' clandestine drug lab, in which defendant HASELKORN stated, "Need to get the commercial space I guess . . . For 3-6 months."

Overt Act No. 22:  On February 2, 2023, in response to Co-Conspirator 1 asking if defendant HASELKORN had made "those super powerful addies yet," defendant HASEKORN responded, "I inadvertently made like 10000 of them lol . . . Last run I did they came out way too strong."

Overt Act No. 23:  On or before February 3, 2023, defendant INTHAVONG submitted an application to lease the Drug Lab and falsely represented that the location would be used for her sole proprietorship for "technical services" and concealed that the co-

conspirators intended to use the location to produce significant quantities of fentanyl- and methamphetamine-laced pills.

Overt Act No. 24: On February 3, 2023, defendant INTHAVONG signed a lease to rent the Drug Lab for $1,100 a month, for a lease term of 6 months, starting February 3, 2023.

Overt Act No. 25: On February 9, 2023, defendant HASELKORN sent a text message to an Internet provider that listed the address of the Drug Lab and stated, "I want to get internet service at my new business address."

Overt Act No. 26: On February 11, 2023, in a text message responding to defendant INTHAVONG's request for "candy" for a drug customer, defendant HASELKORN stated he had "baby yodas" and "teslas."

Overt Act No. 27: On February 11, 2023, in response to defendant HASELKORN's text message stating he could offer "capsules too," defendant INTHAVONG stated, "Oh I should try to sell at the event lol."

Overt Act No. 28: On February 14, 2023, in text messages, defendant INTHAVONG told defendant HASELKORN that a drug customer "asked for blues and Addis's."

Overt Act No. 29: On February 26, 2023, in response to a text message from Co-Conspirator 2 asking for "more addy soon," defendant HASELKORN responded, "I've always got some. Ain't no shortage here . . . Also have coke, bars, mushrooms, k, xtc, molly and other stuff."

Overt Act No. 30: On February 27, 2023, in text messages, defendant HASELKORN sent Co-Conspirator 1 the address for the Drug Lab, which defendant HASELKORN referred to as "my office."

Overt Act No. 31:   On March 3, 2023, in response to a text message from Co-Conspirator 2 asking to "grab some addy," defendant HASELKORN responded "How many?" and stated that he would be at the South Figueroa Stash House.

Overt Act No. 32:   On March 4, 2023, in text messages, defendant INTHAVONG asked defendant HASELKORN about collecting drug proceeds from a drug customer, stating, "Should I just have [customer] cash app me from now on? . . . He gets 75 at 7 each already so maybe he's be good for a jar at 6 or 650."

Overt Act No. 33:   On March 4, 2023, in text messages, defendants HASELKORN and INTHAVONG discussed selling counterfeit Adderall pills to a drug customer, in which defendant INTHAVONG stated, "I think you should price those higher. . . He should be paying you 525."

Overt Act No. 34:   On March 7, 2023, in text messages, defendant INTHAVONG asked defendant HASELKORN about the status of manufacturing counterfeit pills, stating, "did you make at least half?  You can't really use the machine during work hours bc the neighbors complain."

Overt Act No. 35:   On March 7, 2023, in text messages, defendants HASELKORN and INTHAVONG discussed how many pills defendant HASEKLORN had produced, with defendant HASELKORN stating, "got about 12,000" and that the goal was "20-25k."

Overt Act No. 36:   On March 8, 2023, in text messages, defendant INTHAVONG informed defendant HASELKORN that a drug customer "was supposed to give you 150 . . . You can keep the 50, but I just wanna make sure he got the entire amount over."

1    Overt Act No. 37:   On March 11, 2023, in text messages,
2    defendants INTHAVONG and HASELKORN discussed pill press machines,
3    including "THDP-5" and "TDP-5L."

4    Overt Act No. 38:   On March 11, 2023, in response to text
5    messages from Co-Conspirator 1 telling defendant HASELKORN that a
6    drug customer was interested in purchasing drugs from defendant
7    HASELKORN "as long as there's no fent or crystal," defendant
8    HASELKORN responded, "Absolutely no crystal in my E (Nor fent,
9    obviously)."

10    Overt Act No. 39:   On March 12, 2023, in text messages,
11    defendants HASELKORN and INTHAVONG discussed drug orders, in which
12    defendant HASELKORN stated, "Have 2 $1500 orders, a $1000 one, plus
13    [customer] needs to meet to bring me $2500 lol."

14    Overt Act No. 40:   On March 20, 2023, in text messages,
15    defendant INTHAVONG told defendant HASELKORN that one of their drug
16    customers had complained that their "Addies" had tested positive for
17    "Fetty," and asked defendant HASELKORN, "Didn't you spill a bunch the
18    other day . . . Could that be why it's coming up positive."

19    Overt Act No. 41:   On March 20, 2023, in text messages,
20    defendants INTHAVONG and HASELKORN discussed how a new pill press
21    machine was functioning, in which defendant HASELKORN confirmed that
22    it was "in good condition just missing a couple parts that i may
23    already have at home."

24    Overt Act No. 42:   Prior to March 24, 2023, defendant HASELKORN
25    placed an order with a seller located in China for three pill press
26    die molds and caused the items to be shipped to the South Figueroa
27    Stash House.

28

1    <u>Overt Act No. 43:</u>  Prior to March 28, 2023, defendant HASELKORN
2    placed an order for a die mold set with a seller located in China and
3    caused the order to be shipped to the South Figueroa Stash House.

4    <u>Overt Act No. 44:</u>  On March 31, 2023, in response to a text
5    message from defendant INTHAVONG stating that "the cops been waiting
6    outside circa for a long time," defendant HASELKORN responded, "I'm
7    supposed to deliver there later."

8    <u>Overt Act No. 45:</u>  On April 8, 2023, defendant INTHAVONG texted
9    defendant HASELKORN about a drug customer's request for "10 oranges
10   and 2 bars" and asked, "Where's the bars."

11   <u>Overt Act No. 46:</u>  On April 20, 2023, in text messages,
12   defendant HASELKORN gave advice to Co-Conspirator 1 about how to
13   avoid law enforcement detection when shipping drugs, stating, "Only
14   express mail . . . . Priority does not get x-rated usually . . .
15   Especially if you used a priority mail box. You chance of detection
16   is one in millions."

17   <u>Overt Act No. 47:</u>  On April 20, 2023, Co-Conspirator 1 texted
18   defendant HASELKORN about picking up methamphetamine and stated, "You
19   have to transport it from here though . . . Like [defendant
20   INTHAVONG] did."

21   <u>Overt Act No. 48:</u>  On May 18, 2023, in text messages, defendant
22   INTHAVONG asked defendant HASELKORN "How's the production coming
23   along" and offered to help defendant HASELKORN manufacture drugs.

24   <u>Overt Act No. 49:</u>  On May 31, 2023, in response to defendant
25   INTHAVONG's text message stating that a new drug customer was going
26   to be stopping by, defendant HASELKORN stated, "Tell him you know the
27   person who makes the E and it's made with lab-grade Dutch."

28

1    <u>Overt Act No. 50:</u>   On June 5, 2023, in response to text
2    messages from defendant HASELKORN noting that there was law
3    enforcement in the building, defendant INTHAVONG responded, "Omg info
4    . . . Should I go create a diversion? . . . I'm going there rn with
5    baby."

6    <u>Overt Act No. 51:</u>   Prior to July 5, 2023, defendant HASELKORN
7    ordered a die mold set from a seller located in China and caused it
8    to be shipped to the South Figueroa Stash House.

9    <u>Overt Act No. 52:</u>   Prior to July 14, 2023, defendant HASELKORN
10   ordered a pill die set from a seller located in China and caused it
11   to be shipped to the South Figueroa Stash House.

12   <u>Overt Act No. 53:</u>   On June 14, 2023, in response to a text
13   message from Co-Conspirator 1 asking "If I bring two oz, will you
14   make it and you charge me a portion of the shit," defendant HASELKORN
15   stated, "Just need 2 days to do it . . . Can you get another elbow."

16   <u>Overt Act No. 54:</u>   On June 16, 2023, in text messages,
17   defendant HASELKORN instructed Co-conspirator 1 about how to produce
18   methamphetamine and provided Co-Conspirator 1 written instructions on
19   the production process.

20   <u>Overt Act No. 55:</u>   On June 17, 2023, in response to Co-
21   Conspirator 1's text message asking if defendant HASELKORN had any
22   "Oxy or Roxy," defendant HASELKORN responded, "I think [defendant
23   INTHAVONG] does . . . I just have blues lol . . . They're fentanyl."

24   <u>Overt Act No. 56:</u>   On July 4, 2023, using the "Notes"
25   application on his cell phone, defendant HASELKORN wrote the
26   following about advertising illegal drugs for sale, "If you're in
27   need of study guides, stop right there and come down to Jeff's study
28   guide extravaganza where we are getting rid of our surplus inventory

of study guides, study aids, study buddies, and more!  Oval ones, round ones, orange ones, 30 pg ones, you name it, we've got it," with a phone number for contact.

Overt Act No. 57:  On July 8, 2023, defendant INTHAVONG texted defendant HASELKORN about the location of counterfeit Adderall pills, stating, "I left a bunch of orange in the restroom."

Overt Act No. 58:  On July 14, 2023, in text messages, defendant HASELKORN and Co-Conspirator 2 discussed Co-Conspirator 2 working at the Drug Lab, in which defendant HASELKORN stated, "You gonna be working tonight? . . . Just gotta clean up first it's not OSHA or EPA compliant in there lol."

Overt Act No. 59:  On July 14, 2023, in response to a text message from defendant HASELKORN stating "I have 4 orders to get out," defendant INTHAVONG responded, "I was being considerate and asking whether I should leave the room with the baby since you were packing drugs."

Overt Act No. 60:  On July 15, 2023, defendant HASELKORN sent defendant INVATHONG a text message about the future of their drug production scheme, stating, "[Co-Conspirator 2] is pretty cool. Gonna teach him some stuff so I don't have to spend so much time at the office."

Overt Act No. 61:  On July 27, 2023, inside the South Figueroa Stash House, defendants HASELKORN and INTHAVONG possessed with intent to distribute a significant quantity of narcotics, including at least approximately 1,114.84 grams of a mixture and substance containing fentanyl, at least approximately 265.29 grams of a mixture and substance containing methamphetamine, drug packaging and production

materials, including three die molds sets, and approximately $16,000 in cash.

Overt Act No. 62:  On July 27, 2023, after law enforcement encountered defendant INTHAVONG during a search of the South Figueroa Stash House, defendant INTHAVONG traveled to the Drug Lab intending to conceal and/or destroy evidence of the co-conspirators' drug trafficking operation.

Overt Act No. 63:  On July 27, 2023, inside the Drug Lab, defendants HASELKORN and INTHAVONG possessed two pill press machines, specifically, a TDP 1.5 model machine capable of making approximately 3,000 pills per hour, and a TDP 5 model machine capable of making 5,000 pills per hour, and various chemicals and equipment used in the narcotics production process, including pill press die sets.  Inside the Drug Lab, defendants HASELKORN and INTHAVONG also possessed with the intent to distribute approximately 1,374 grams of a mixture and substance containing methamphetamine, and approximately 118.5 grams of a mixture and substance containing fentanyl.

Overt Act No. 64:  On August 4, 2023, during a phone call on a recorded jail line, defendants INTHAVONG and HASELKORN discussed defendant INTHAVONG deleting information remotely from defendant HASELKORN's phone, iCloud account, and his Text Now messaging application.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi); 18 U.S.C. § 2(a)]

[ALL DEFENDANTS]

On or about July 27, 2023, in Los Angeles County, within the Central District of California, at the South Figueroa Stash House, defendants HOWARD HASELKORN, also known as ("aka") "Mark," aka "Jeff," and CINDY INTHAVONG, each aiding and abetting the other, knowingly and intentionally possessed with intent to distribute at least 400 grams, that is, approximately 1,114.84 grams, of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

<u>COUNT THREE</u>

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii); 18 U.S.C. § 2(a)]

[ALL DEFENDANTS]

On or about July 27, 2023, in Los Angeles County, within the Central District of California, at the South Figueroa Stash House, defendants HOWARD HASELKORN, also known as ("aka") "Mark," aka "Jeff," and CINDY INTHAVONG, each aiding and abetting the other, knowingly and intentionally possessed with intent to distribute at least 50 grams, that is, approximately 265.29 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

1

<u>COUNT FOUR</u>

2

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

3

[ALL DEFENDANTS]

4

On or about July 27, 2023, in Los Angeles County, within the

5

Central District of California, at the Drug Lab, defendants HOWARD

6

HASELKORN, also known as ("aka") "Mark," aka "Jeff," and CINDY

7

INTHAVONG, each aiding and abetting the other, knowingly and

8

intentionally possessed with intent to distribute at least 500 grams,

9

that is, approximately 1,374 grams, of a mixture and substance

10

containing a detectable amount of methamphetamine, a Schedule II

11

controlled substance.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi); 18 U.S.C. § 2(a)]

[ALL DEFENDANTS]

On or about July 27, 2023, in Los Angeles County, within the Central District of California, at the Drug Lab, defendants HOWARD HASELKORN, also known as ("aka") "Mark," aka "Jeff," and CINDY INTHAVONG, each aiding and abetting the other, knowingly and intentionally possessed with intent to distribute at least 40 grams, that is, approximately 118.5 grams, of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

1

COUNT SIX

[21 U.S.C. § 856(a)(1); 18 U.S.C. § 2(a)]

[ALL DEFENDANTS]

Beginning on a date unknown, but not later than in or around February 2023, and continuing to July 27, 2023, in Los Angeles County, within the Central District of California, defendants HOWARD HASELKORN, also known as ("aka") "Mark," aka "Jeff," and CINDY INTHAVONG, and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly opened, leased, rented, used, and maintained a place, that is, the South Figueroa Stash House located at 1420 South Figueroa, Apartment 108, Los Angeles, California, for the purpose of manufacturing, storing, and distributing controlled substances, namely, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance, and methamphetamine, a Schedule II controlled substance.

COUNT SEVEN

[21 U.S.C. § 860a; 18 U.S.C. § 2(a)]

[ALL DEFENDANTS]

On or about July 27, 2023, in Los Angeles County, within the Central District of California, defendants HOWARD HASELKORN, also known as ("aka") "Mark," aka "Jeff," CINDY INTHAVONG, and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly and intentionally possessed with intent to distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(viii), as charged in Count Three of this Indictment, on a premises in which, at that time, an individual who was under the age of 18 years was present and resided, namely, A.H., defendants HASELKORN and INTHAVONG's infant child.

1

COUNT EIGHT

2

[21 U.S.C. § 856(a)(1); 18 U.S.C. § 2(a)]

3

[ALL DEFENDANTS]

4      Beginning on a date unknown, but not later than in or around

5  February 2023, and continuing to July 27, 2023, in Los Angeles

6  County, within the Central District of California, defendants HOWARD

7  HASELKORN, also known as ("aka") "Mark," aka "Jeff," and CINDY

8  INTHAVONG, and others known and unknown to the Grand Jury, each

9  aiding and abetting the other, knowingly opened, leased, rented,

10  used, and maintained a place, that is, the Drug Lab located at 817

11  San Julian Street, Unit 301, Los Angeles, California, for the purpose

12  of manufacturing, storing, and distributing controlled substances,

13  namely, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide

14  ("fentanyl"), a Schedule II narcotic drug controlled substance, and

15  methamphetamine, a Schedule II controlled substance.

16

17

18

19

20

21

22

23

24

25

26

27

28

FORFEITURE ALLEGATION

[21 U.S.C. § 853]

1.    Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853, in the event of any defendant's conviction of the offenses set forth in any of Counts One through Eight of this Indictment.

2.    Any defendant so convicted shall forfeit to the United States of America the following:

(a)  All right, title and interest in any and all property, real or personal, constituting or derived from, any proceeds which the defendant obtained, directly or indirectly, from any such offense;

(b)  All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any such offense; and

(c)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a), and (b).

3.    Pursuant to Title 21, United States Code, Section 853(p), and as incorporated by Title 28, United States Code, Section 2461(c), any defendant so convicted shall forfeit substitute property if, by any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the

1    jurisdiction of the court; (d) has been substantially diminished in

2    value; or (e) has been commingled with other property that cannot be

3    divided without difficulty.

4

5

6

7                                                    A TRUE BILL

8

9                                                      /S/

10                                                   Foreperson

11

12   E. MARTIN ESTRADA
     United States Attorney
13

14

15   MACK E. JENKINS
     Assistant United States Attorney
16   Chief, Criminal Division

17   SCOTT M. GARRINGER
     Assistant United States Attorney
18   Deputy Chief, Criminal Division

19   IAN V. YANNIELLO
     Assistant United States Attorney
20   Deputy Chief, General Crimes
     Section
21

22   HAOXIAOHAN CAI
     Assistant United States Attorney
23   General Crimes Section

24

25

26

27

28